932 A.2d 26

HENRY E. RAAB AND CLARA V. MONTAGNA, PLAINTIFFS–PETI-
TIONERS v. BOROUGH OF AVALON, DEFENDANT/THIRD–
PARTY PLAINTIFF–RESPONDENT v. STATE OF NEW JER-
SEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION,
THIRD–PARTY DEFENDANT–RESPONDENT.

September 7, 2007.

Denied.

932 A.2d 26

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT v.
JAMES D. DORMAN, DEFENDANT–PETITIONER.

September 11, 2007.

Granted.